**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Luis LOPEZ–VILLALOBOS, Defendant—Appellant.**

No. 03–50508.

D.C. No. CR–03–00362–PA.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 16, 2004.

Ronald L. Cheng, Christopher D. Johnson, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Kathryn A. Young, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

### MEMORANDUM**

Jose Luis Lopez–Villalobos appeals his guilty-plea conviction and 57–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. §§ 1326(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lopez–Villalobos has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Lopez–Villalobos has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).